Information to identify the case:

| | | | |
|---|---|---|---|
| Debtor 1: | Amanda Grace Lorimer<br>First Name Middle Name Last Name | Social Security number or ITIN: | xxx–xx–8127 |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | First Name Middle Name Last Name | Social Security number or ITIN: | _ _ _ _ |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | Western District of Texas | Date case filed for chapter: | 7 8/12/26 |
| Case number: | 26–11574–smr | | |

Official Form 309A (For Individuals or Joint Debtors)

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline

10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Amanda Grace Lorimer | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 20624 Mouflon Dr<br>Pflugerville, TX 78660 | |
| 4. | **Debtor's attorney**<br>Name and address | Sophia K. Palat<br>Palat, PLLC<br>21607 Heather<br>Lago Vista, TX 78645 | Contact phone 512–280–7600<br>Email: sophia@palatlaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | John Patrick Lowe<br>2402 East Main Street<br>Uvalde, TX 78801 | Contact phone (830) 407–5115<br>Email: pat.lowe.law@gmail.com |

**For more information, see page 2 >**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. See Court website for electronic filing information: www.txwb.uscourts.gov. | 903 SAN JACINTO, SUITE 322<br>AUSTIN, TX 78701 | Hours open Monday – Friday 8:00 AM – 4:00 PM<br><br>Contact phone (512) 916–5237<br><br>Date: 8/12/26 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **September 24, 2026 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Zoom video meeting: Go to Zoom.us/join, Enter Meeting ID 665 717 4178, Passcode, 3258264599 OR call (830) 542–7284**<br><br>For additional meeting information go to www.justice.gov/ust/moc |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br><br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 11/23/26** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court

Western District of Texas

In re: Case No. 26-11574-smr

Amanda Grace Lorimer Chapter 7

Debtor

# CERTIFICATE OF NOTICE

District/off: 0542-1 User: admin Page 1 of 2

Date Rcvd: Aug 12, 2026 Form ID: 309A Total Noticed: 44

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 14, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Amanda Grace Lorimer, 20624 Mouflon Dr, Pflugerville, TX 78660-6021 |
| 19277396 | + | A+ Federal Credit Unio, 6420 E Highway 290, Austin, TX 78723-1030 |
| 19277397 | | ABJJJG, LLC, 20624 Mouflon Dr, Pflugerville, TX 78660-6021 |
| 19277401 | | AT&T Home Internet, Po Box 5014, Carol Stream, IL 60197-5014 |
| 19277398 | | Amazon Prime, Po Box 81226, Seattle, WA 98108-1300 |
| 19277399 | | American Risk Insurance, Po Box 270627, Houston, TX 77277-0627 |
| 19277403 | | Atmos Gas, Po Box 650205, Dallas, TX 75265-0205 |
| 19277404 | + | Baylor Scott & White, 2600 E, Pflugerville Pkway Bldg 1 100, Pflugerville, TX 78660-5999 |
| 19277406 | | Bradley Davis, 3101 Eugenia Ln, Groves, TX 77619-3457 |
| 19277409 | + | CFT NV Developments, LLC, 1120 N Town Center Dr #150 150, Las Vegas, NV 89144-6301 |
| 19277410 | | Chariot Electric, 5051 Westheimer Rd #1400 1400, Houston, TX 77056-5731 |
| 19277412 | | Craft Bank, 1575 Northside Dr Nw Bldg 100, Suite 200, Atlanta, GA 30318-4235 |
| 19277415 | | HME, 2848 Whiptail Loop W, Carlsbad, CA 92010-6708 |
| 19277416 | + | Howard Sign Company, 1375 N Barker Rd, Brookfield, WI 53045-5211 |
| 19277418 | | Lakeside WCID No.2A/Crossroads Utility, 2601 Forest Creek Dr, Round Rock, TX 78665-1232 |
| 19277421 | + | Munsch Hardt Kopf & Harr, P.C., Jared A. Greathouse, 1717 W 6th St #250 250, Austin, TX 78703-4773 |
| 19277422 | + | Nancy and Bill Lorimer, 2265 W Luther Pl 119, Saint Paul, MN 55108-1488 |
| 19277423 | + | Neighborhood Credit Un, PO Box 224444, Dallas, TX 75222-4444 |
| 19277424 | | Netflix, 121 Albright Wy, Los Gatos, CA 95032-1801 |
| 19277426 | | R Bank, 3600 E Palm Valley Blvd, Round Rock, TX 78665-3320 |
| 19277427 | + | Robb A. Cuccia, 2901 Aster Pass, Cedar Park, TX 78613-5347 |
| 19277430 | | Steve Moerbe, 18913 Colonial Manor Ln, Pflugerville, TX 78660-3064 |
| 19277431 | | Swirled & Twisted, LLC, 20624 Mouflon Dr, Pflugerville, TX 78660-6021 |
| 19277433 | + | Texas Comptroller, Austin Enforcement Office, 12345 North Lamar 175, Austin, TX 78753-1395 |
| 19277435 | | Viking Cloud, 111 N Wabash Ave 100 #3230 100 #3230, Chicago, IL 60602-1903 |

TOTAL: 25

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: sophia@palatlaw.com | Aug 12 2026 23:39:00 | Sophia K. Palat, Palat, PLLC, 21607 Heather, Lago Vista, TX 78645 |
| tr | + | EDI: QJPLOWE.COM | Aug 13 2026 03:29:00 | John Patrick Lowe, 2402 East Main Street, Uvalde, TX 78801-4943 |
| ust | + | Email/Text: ustpregion07.au.ecf@usdoj.gov | Aug 12 2026 23:40:00 | United States Trustee - AU12, United States Trustee, 903 San Jacinto Blvd, Suite 230, Austin, TX 78701-2450 |
| 19277402 | + | EDI: ATTWIREBK.COM | Aug 13 2026 03:29:00 | AT&T Mobility, PO Box 6416, Carol Stream, IL 60197-6416 |
| 19277400 | + | Email/PDF: bncnotices@becket-lee.com | Aug 12 2026 23:36:53 | Amex, PO Box 297871, Fort Lauderdale, FL 33329-7871 |
| 19277405 | + | Email/Text: bankruptcy@bhg-inc.com | Aug 12 2026 23:39:00 | BHG, 201 E. Las Olas Boulevard, Fort |

| | | | | |
|---|---|---|---|---|
| | | | | Lauderdale, FL 33301-4449 |
| 19277408 | | Email/Text: electronicbankruptcy@ctrma.org | Aug 12 2026 23:40:00 | Central Texas Regional Mobility Authority, 3300 N Interstate 35 Frontage Rd, Austin, TX 78705 |
| 19277407 | + | Email/Text: bankruptcy@cavps.com | Aug 12 2026 23:40:00 | Cavalry Portfolio Serv, 1 American Ln Ste 220, Greenwich, CT 06831-2563 |
| 19277411 | | EDI: CITICORP | Aug 13 2026 03:29:00 | Citibank, 388 Greenwich St, New York, NY 10013-2362 |
| 19277413 | + | Email/Text: bankruptcy@dcu.org | Aug 12 2026 23:40:00 | Digital Fed Credit Uni, 853 Donald Lynch Blvd, Marlborough, MA 01752-4704 |
| 19277414 | | Email/Text: usw_corp_legal_service_of_process@farmersinsurance.com | Aug 12 2026 23:39:00 | Farmers Insurance, 6301 Owensmouth Ave, Woodland Hills, CA 91367-2216 |
| 19277417 | | EDI: JPMORGANCHASE | Aug 13 2026 03:29:00 | JPMorgan Chase Bank, N.A., Mail Code LA2-7100, 1414 Woodward Ave, Ruston, LA 71270-2015 |
| 19277419 | | Email/Text: litigation@brownandjoseph.com | Aug 12 2026 23:39:00 | Leviton Law Firm, One Pierce Pl #725w 725w, Itasca, IL 60143-1234 |
| 19277420 | ^ | MEBN | Aug 12 2026 23:34:26 | Lightstream, 600 Broadway 2000, San Diego, CA 92101-3358 |
| 19277425 | | Email/Text: Triage_Bankruptcy_Notices@progressive.com | Aug 12 2026 23:39:00 | Progressive Auto, Po Box 94739, Cleveland, OH 44101-4739 |
| 19277426 | | Email/Text: operations@r.bank | Aug 12 2026 23:40:00 | R Bank, 3600 E Palm Valley Blvd, Round Rock, TX 78665-3320 |
| 19277428 | | Email/Text: ARPacerRequest@ssfcu.org | Aug 12 2026 23:39:00 | Security Service Fcu, 16211 La Cantera Pkwy, San Antonio, TX 78256 |
| 19277429 | + | Email/PDF: SoFiBKNotifications@resurgent.com | Aug 12 2026 23:36:53 | Sofi Bank, 2750 E Cottonwood Pkwy S, Cottonwood Heights, UT 84121-7285 |
| 19277432 | | Email/Text: pacer@cpa.state.tx.us | Aug 12 2026 23:40:00 | Texas Comptroller, 111 East 17th Street, austin, TX 78774 |
| 19277434 | + | Email/Text: bankruptcynotices@sba.gov | Aug 12 2026 23:40:00 | U.S. Small Business Administration, 8701 S Gessner Dr #1200 1200, Houston, TX 77074-2915 |

TOTAL: 20

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 14, 2026 Signature: /s/Gustava Winters